| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:15-CR-129 |
| | § | |
| STEPHEN WAYNE ROBINSON | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION ON COMPETENCY**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency to stand trial. Judge Giblin concluded that the defendant is competent to stand trial under 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings and recommendation. The Court ORDERS that the report and recommendation on defendant's competency to stand trial (#54) is ADOPTED. The Court further ORDERS and FINDS that defendant, Stephen Wayne Robinson, is competent pursuant to Title 18, United States Code, Section 4241.

**Signed this date.**

**Aug 23, 2016**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE